William A. Munoz - 191649
Heather A. Barnes - 263107
MURPHY, PEARSON, BRADLEY & FEENEY
1375 Exposition Boulevard, Suite 250
Sacramento, CA 95815
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636
Email: wmunoz@mpbf.com
Email: hbarnes@mpbf.com

Attorneys for Defendant
LAW OFFICES OF MITCHELL N. KAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORIANNE WATTS,<br><br>　　　Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY CORP; T-MOBILE USA, INC.; LAW OFFICES OF MITCHELL M. KAY,<br><br>　　　Defendants. | Case No.: 10-CV-02606-LHK<br><br>[~~PROPOSED~~] CORRECTED ORDER GRANTING DEFENDANT LAW OFFICES OF MITCHELL N. KAY'S MOTION TO APPEAR ELECTRONICALLY AT THE CASE MANAGEMENT CONFERENCE AND PLAINTIFF'S MOTION TO REMAND<br><br>DATE:　January 13, 2011<br>TIME:　1:30 P.M.<br>JUDGE:　Honorable Lucy H. Koh |

The Court hereby grants the request of William A. Munoz, counsel for Defendant LAW OFFICES OF MITCHELL N. KAY, to appear telephonically at Plaintiff's Motion to Remand and the Case Management Conference scheduled in this matter for January 13, 2011.

IT IS SO ORDERED.

Date:　1/4/2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh