UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORIANNE WATTS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ENHANCED RECOVERY CORP.; LAW OFFICES OF MITCHELL N. KAY; BUREAU OF COLLECTION RECOVERY; T-MOBILE USA, INC.; AND DOES I-X,<br><br>　　　　　　Defendants. | Case No.: 10-CV-02606-LHK<br><br>ORDER DIRECTING DEFENDANT T-MOBILE TO FILE DEPOSITION TESTIMONY CITED IN OPPOSITION BRIEF |

In its opposition brief on Plaintiff's Second Motion to Remand, Defendant T-Mobile cites testimony from the Deposition of Lorianne Watts in support of its argument that the amount in controversy in this case exceeds $75,000. However, Defendant has not provided excerpts of the cited testimony to the Court. Accordingly, Defendant is directed to file the cited portions of Plaintiff's deposition testimony with the Court no later than Tuesday, January 11, 2011.

**IT IS SO ORDERED.**

Dated: January 10, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge