UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LORIANNE WATTS., <br>     Plaintiff, <br>   v. <br> ENHANCED RECOVERY CORPORATION, et al., <br>     Defendants. | No. C 10-2606 LHK <br><br> **ORDER RE: ATTENDANCE** <br><br> Date:    January 31, 2011 <br> Mediator:  Barbara Cray |

IT IS HEREBY ORDERED that the requests for defendant Bureau of Collection Recovery's representative, Shelly Gensmer, and insurer representative, Shawn Harris; defendant Law Offices of Mitchell N. Kay's representative William Siegel; and defendant Enhanced Recovery Corporation's representative, Ginny Walker, to attend by telephone the mediation before Barbara Cray currently scheduled for January 31, 2011, are DENIED. Travel time and expense do not ordinarily constitute extraordinary hardship. Personal attendance by all parties and insurers is required.

In view of the short time involved, the mediation shall be rescheduled to another date in advance of the February 28, 2011, deadline unless all parties agree that they would prefer to proceed on January 31 and they so notify the mediator by noon pacific time on January 28. If the mediation

//
//
//

does not go forward on January 31, counsel shall participate in a further pre-mediation telephone conference with the mediator at the scheduled start time for the mediation.

IT IS SO ORDERED.

January 27, 2011            By:            *Elizabeth D. Laporte*
Dated                                   Elizabeth D. Laporte
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California