UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORIANNE WATTS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ENHANCED RECOVERY CORP.; LAW OFFICES OF MITCHELL N. KAY; BUREAU OF COLLECTION RECOVERY; T-MOBILE USA, INC.; AND DOES I-X,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-02606-LHK<br><br>ORDER REGARDING MOTION HEARING |

Defendants' motions for summary judgment are currently set for hearing this Thursday, February 24, 2011. No replies have been filed, and the Court has been informed that the entire case has settled. The Court wishes to advise the parties that the motion hearing will proceed as scheduled unless the parties either (1) file a stipulation of dismissal, or (2) file a request to continue the motion hearing, indicate when a stipulation of dismissal shall be filed, and explain the delay in filing a stipulation of dismissal. Any stipulation or request for a continuance must be filed by Wednesday, February 23, 2011, at 2 p.m.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02606-LHK
ORDER REGARDING MOTION HEARING