**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORIANNE WATTS, | ) Case No.: 10-CV-02606-LHK |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING ACTION WITH ) PREJUDICE |
| ENHANCED RECOVERY CORP.; LAW OFFICES OF MITCHELL N. KAY; BUREAU OF COLLECTION RECOVERY; T-MOBILE USA, INC.; AND DOES I-X, | ) ) ) ) |
| Defendants. | ) ) ) |

On February 23, 2011, Plaintiff submitted four stipulations dismissing her claims with

prejudice against Defendants Enhanced Recovery Corporation, Law Offices of Mitchell N. Kay,

Bureau of Enhanced Recovery, and T-Mobile USA, Inc.  Pursuant to Rule 41(a)(1)(A)(ii), all

parties that have appeared in the action have signed a stipulation of dismissal.  Accordingly, the

Court hereby DISMISSES the entire action with prejudice.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 23, 2011

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 10-CV-02606-LHK
ORDER DISMISSING ACTION WITH PREJUDICE